# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DEBORAH BURTON and STEVE RICHARDSON Plaintiff(s)<br><br>v. | CASE NUMBER:<br><br>CV 09-08636 DDP (AJWx) |
|---|---|
| CITY OF LOS ANGELES, a municipal entity, SGT. ZUNIGA and SGT. WIGGINS, in their individual capacities Defendant(s). | **ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE** |

The Court, having considered the parties Settlement Procedure Selection Request and Notice, and/or as reflected in the Rule 26 (f) Report, hereby **ORDERS** the Request for:

**SETTLEMENT PROCEDURE NO. 1:** magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

be:

☒ APPROVED.

☐ DENIED; **IT IS FURTHER ORDERED** that the settlement procedure shall be as follows:

For Settlement Procedure No. 2, counsel are responsible for contacting the settlement officer at the appropriate time to arrange for further proceedings. Upon obtaining the settlement officer's consent to serve, counsel shall file Form ADR-02 (Stipulation Regarding Selection of Attorney Settlement Officer) with the court. For Settlement Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or mediator at the appropriate time to arrange for further proceedings.

_____
United States District Judge

Dated: June 21, 2010