# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 09-08636 DDP (AJWx) | Date | June 21, 2010 |

Title   DEBORAH BURTON and STEVE RICHARDSON -V- CITY OF LOS ANGELES, a municipal entity, SGT. ZUNIGA and SGT. WIGGINS, in their individual capacities

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Carol A. Sobel | Colleen R. Smith |

Proceedings:    SCHEDULING CONFERENCE

Held scheduling conference.

Court and counsel confer re case status.

Court sets trial dates.  (Refer to the SCHEDULING ORDER to be issued hereafter.)

| | | |
|---|---|---|
| | 00 | : 02 |
| Initials of Preparer | JAC | |