UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH BURTON and STEVE RICHARDSON,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity, SGT. ZUNIGA and SGT. WIGGINS, in their individual capacities,<br><br>Defendants. | Case No.<br><br>CV 09-08636 DDP (AJWx)<br><br>**SCHEDULING ORDER** |

Pursuant to the Federal Rules of Civil Procedure 16(b), the Court issues the following Order:

Counsel must agree on the date for the disclosure of expert witness reports pursuant to the Federal Rules of Civil Procedure 26(a)2. The agreed-upon disclosure date must precede the discovery cut-off date such that all discovery, including expert depositions, must be completed prior to the discovery cut-off date. All discovery motions must be heard prior to the discovery cut-off date. Counsel are ordered to abide by the dates as set forth in the Rule 26 (f) Report.

```
        LAST DAY TO JOIN OTHER PARTIES
        AND TO AMEND THE PLEADINGS 11-29-10

        DISCOVERY CUT-OFF 05-27-11

        LAST DAY TO FILE MOTIONS 06-27-11

        FINAL PRE TRIAL CONFERENCE 08-08-11 at 11:00 a.m.

        4 DAY JURY TRIAL 08-16-11 at 9:00 a.m.
                                         _____
Dated: June 21, 2010
                                         DEAN D. PREGERSON
                                         United States District Judge
```

2