CAROL A. SOBEL   SBN 84483
LAW OFFICE OF CAROL A. SOBEL
429 Santa Monica Boulevard, Ste. 550
Santa Monica, California 90401
t. 310 393-3055
e. carolsobel@aol.com

JS - 6

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DEBORAH BURTON and STEVE RICHARDSON,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>        Defendants | Case No.  CV 09-08636 DPP (RZx)<br><br>ORDER RE STIPULATED DISMISSAL |

Pursuant to the Stipulated Dismissal filed by the parties in the above-captioned action, the Court hereby orders that the action be dismissed with prejudice.

Dated: April 26, 2012

*[signature]*

UNITED STATES DISTRICT JUDGE

Lodged by:

   LAW OFFICE OF CAROL A. SOBEL

_____/s/_____
BY: CAROL A. SOBEL